**Order entered January 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00402-CR

**GEORGIA LEE JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0971128-M**

## ORDER

On December 30, 2013, this Court ordered the court reporter to file a complete reporter's record of the sentencing hearing. We received the sentencing volume of January 28, 2014. Accordingly, appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE